# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 8 2008

**Clerk, U.S. District and Bankruptcy Courts**

Jacob-Franz: Dyck, Trustee
All-American Trust
3000 Green Mountain Dr.
Branson, MO 65616
Plaintiff, (Relators)

*417 230 7459*

v.

Case: 1:08-cv-00730
Assigned To : Walton, Reggie B.
Assign. Date : 4/28/2008
Description: Pro Se General Civil

GREAT SOUTHERN BANK
FRED MARSHALL
P. O. Box 68
Springfield, MO.  65301

DEMANDED Rule 38 FRCP
Demand for **trial by jury**

JOHN DOE 1-5 and
JANE DOE 1-5
IN THEIR PRIVATE CAPACITY,  IN THEIR CORPORATE CAPACITY AND
ALL MARITAL ASSETS
DEFENDANTS, (RESPONDENTS)

---

## COMPLAINT

---

### Affidavit

I, Jacob-Franz: Dyck, am competent to testify and make this affidavit as a follower of the

Messiah, In the laws of the Almighty Supreme Creator, first and foremost and the laws of

Man when they are not in conflict (Leviticus 18:3,4).  Pursuant to Matthew 5:33-37 and

James 5:12 [C.LR. v. Ferguson USCA 90-1430], let our yeas be yeas and our nays nay,

as supported by your Federal law 97-280,96 Stat. 1211. We have personal knowledge of

the matters stated herein and hereby asseverate understanding the liabilities presented in your <u>Briscoe v. Lahue 46 U.S. 325.</u>

## Identifying Parties

### Plaintiff (Relators)

Jacob-Franz: Dyck
8092 Mary's Fish Camp Road
Weekie Wachee, FL  344607

Jacob-Franz: Dyck is the Trustee of  All-American Trust, a land
and subdivision developer in Branson area in Missouri.  The Trust had
developed roads and numerous houses when GREAT SOUTHERN BANK
stopped advancing money to the Trust.  Numerous houses and roads were in
various stages of development, when, GREAT SOUTHERN BANK stopped
loaning  All-American money.

### Defendant (Respondent)

GREAT SOUTHERN BANK
P O BOX 68
Springfield, MO  65301

Financial institution in Southwest Missouri supplying financial needs of the
people in Springfield and Branson, loaned money to All-American Trust.

## CONSTITUTIONAL QUESTIONS TO BE RESOLVED

1.    Does an original contract have to be produced in claiming a debt?  The plaintiff's contention is <u>Yes</u>.

2.    Does a contractual agreement (Art. I sec 10) have the full force, and effect of enforcement by the proper legal means?  Plaintiff's contention is <u>Yes</u>.

3.    Does a Land Patent have the absolute <u>possessory</u> interest of allodial title?  The Plaintiff's contention is <u>Yes</u>.

4.    Does a deed of trust have possessory interest?  Plaintiff's contention is <u>**No, it only has security interest**</u>.

5.    Does fraud involved in contract <u>vitiate</u> the contract?  Plaintiff's contention is <u>Yes</u>.

6.    Does the enforcing government structure having been properly and duly established, including properly taken oath and properly bonded, have the right to violate the oath and carry insufficient bond?  The plaintiff's contention is <u>No</u>.

7.    Does the owner of property have the absolute right of trial <u>by</u> jury of his peers?  The plaintiff's contention is <u>Yes</u>.

8.    Can property be seized without proper cancellation of the contract?  Plaintiff's contention is <u>No</u>.

Jurisdiction

Comes the Relators, Sandra Irene Moore and Jacob-Franz: Dyck, all natural born free adults, to this honorable court sitting in Article III. Sec. 2:1 capacity under Federal Rules of Civil Procedures, Rule 9 (b) (c) (d) (e)(f) (g) and Rule 60 (b) for the discovery of the law and facts and upon the discovery of a scheme to defraud the Relators

Under Federal rules of Civil Procedures Rule 9 (b) that fraud vitiated against contract or action ab initio. The jurisdiction of this court is invoked under Title 28 United States Code Section 1331 and 1332, this being an action arising under the Constitution of the United States and of the State of Missouri Bill of Rights, Laws of the United States and Foreign Treaties of the United States. Deprivation under Color of State Laws,

3

## Introduction

A bank, when operating as a Federal Home Loan Bank, Farm Credit Bank, or otherwise has no independent right to foreclose against mortgages, credit card debt, or anything else. In all cases where a financial institution is a Federal Reserve Member, insured by the Federal Deposit Insurance Corporation, or another Federal account insurance fund, etc., the principal of interest is the United States – all "credit" is "hypothecated" on credit of the United States. In order for there to be litigation to collect a debt, (1) the Director of the General Accounting Office must make a liability determination, and (2) the Attorney General must initiate, authorize and/or contract civil prosecution. The action must be prosecuted in a lawful court of the United States. State courts do not have subject matter jurisdiction over Federal debt collection actions.

There are a few essentials relating to banking and credit that must be understood in order to come to terms with how to successfully discharged bank-originated debt, and why you probably weren't eligible to borrow from a financial institution operating under Federal charter to begin with. The first matter is the nature of "credit" extended by Federally chartered and/or Federal Reserve or FDIC-member financial institutions. It is important to grasp what "credit" is, as defined at 15 U.S.C. § 1602(e): "Credit" is a grant of authority to defer payment of debt, or create debt then defer payment.

Debt is never paid. The fraudulent system depends on a constant creation and exchange of "credit". Virtually all "credit" is based on an obligation of the United States. In one way or another, we pass "credit" hand-to-hand rather than receiving lawful payment for goods and services, particularly our labor. It should be obvious where the colorable grant of authority to defer payment of debt or create debt then defer payment originates.

For purposes of the Consumer Protection Act, the "credito99r" is defined as the financial institution which provides credit, and the merchant who provides goods and/or services. However, that definition is limited to the Consumer Protection Act itself – it does not

4

have general application.  Where there is a "credit" transaction under auspices of a Federal grant of authority, the financial institution is in all cases operating as a "fiscal agent" of the United States (31 U.S.C. §§ 202 & 203), and in most if not all cases as a "mixed-ownership" (hybrid) United States corporation (31 U.S.C. § 9101).  The United States is always principal of interest – the "debt" is ultimately an obligation to the United States and the United States has the only right of action to recover it.  The financial institution that originates the "credit" merely services the debt, it is not the principal of interest.

The financial institution, whether a national bank, credit union, or whatever, is organized as an "association" to provide basic financial services for qualified association members.  These entities deal exclusively in "public money", public money is hypothecated "credit of the United States".  Therefore, only people who are authorized by law to receive and use "public money" are qualified to be association members.  Those authorized by law to receive and use "public money" are officers and employees of the United States, territories and insular possessions subject to sovereignty of the United States, and Indian tribes recognized by United States Government.  See limiting provision at 31 CFR § 202(a), and FDIC insurance solely of "public money" accounts at 12 U.S.C. § 1821(a)(2)(A).

This is where the Social Security number comes in – the Social Security number creates a presumption that whoever applies for credit is one of those entitled to custody and use of public money.  Under Federal law, the Social Security System is exclusively territorial, and Federal employees may participate.  Federal territory now includes the District of Columbia and insular possessions such as Puerto Rico.  (See definitions of "State", "United States", and "citizen" at 26 U.S.C. § 3121(e) and attending regulations).  However, that in and of itself isn't sufficient to sustain most foreclosures, etc., as the financial institution has no right of action to foreclose consumer or other "credit" obligations.

A national banking association may sue and be sued in state courts, but only so far as basic organizational matters are concerned. Under organization charters, these institutions may provide only basic services such as checking accounts for qualified association members. They may own property necessary to conduct business. To go beyond that, they must apply to become, and be licensed as Federal Tax & Loan Depositaries, and Treasury Depositaries (31 CFR §§ 202 & 203). Only then can they apply to become Federal Home Loan Banks, Farm Credit Banks, etc. When they function in these capacities, they operate in Federal agency capacity, and the United States is at all times principal of interest.

They are subject to all Federal statutory and regulatory mandates and prohibitions, including mandates for Privacy Act and Paperwork Reduction Act disclosure.

If and when there is a "credit" default, there must be administrative collection process in accordance with HUD and other applicable regulations. The Secretary of HUD is responsible for appointing an agent in any given district, and where defaults are concerned, he has responsibility for pursuing administrative remedies. Ultimately, however, there must be a determination of liability by the Director of the General Accounting Office (31 U.S.C. §§ 3526 & 3701; 5 U.S.C. § 5512) when and if the obligation is contested before any "debt" can be foreclosed.

The Attorney General, in his capacity as Solicitor of the Treasury, must then initiate litigation for debt recovery. The Attorney General may do this directly, authorize the United States Attorney for the district to foreclose or contract private attorneys. Process for Federal debt collection must be initiated in a court of the United States as defined at 28 U.S.C. § i610. Procedure is prescribed in Chapter 176 of Title 28 (28 U.S.C. §§ 3001 et seq.).
Where financial institutions have initiated foreclosures and the like in state courts, the case should be vacated and dismissed with prejudice for lack of subject matter jurisdiction. Subject matter jurisdiction can be raised at any time -- there is no statute of limitations.

## Facts of the Case

Great Southern Bank was the financial institution supplying the monetary need of the land and housing needs of All-American Trust. All-American had developed and nearly completed All-American subdivision when it's financial partner, Great Southern Bank, ceased to continue financing the subdivision. Out of the 26 houses in the subdivision, most of them had been finished and sold. Some that needed various stages of finishing could not be finished because of lack of financing. All the houses had Warranty Deeds assigned to the Trustee. Great Southern Bank started foreclosure proceedings. No trial was filed for nor did the bank use standard procedure methods. The Bank changed the lock on the houses sufficiently finished to have doors. To those that are not finished, the Bank says the houses belong to the Bank and are being finished by contractors who supposedly bought the houses.

All-American Trust Trustee has sent the Bank notices to give an accounting and to view the original "unaltered" promissory note in January and February of 2008. In the latter part of March, notary was used to send a default to the Bank for not answering the first two notices.

The Bank in reality is **not** a party to the development because it has no interest in the property. The party of interest is the U.S. Government which borrows money on the credit given it by the Constitution. The Bank is forbidden to lend its depositors' money. (See page .. of this document). The Bank is in essence stealing from All-American Trust without a trial which is mandatory per the US Constitution. This is **fraud** and theft by design.

The Bank also got a restraining order keeping the Trustee of All-American Trust from coming onto the property. All of this is done with threat, duress and coersion upon the Trustee, managers and those associated with the Trust, including but not limited to use of drug dealers, sheriff's deputies, Highway Patrol and FBI agents.

The following items, trust, promissory notes, land patents, and banking ploys are violations of banks committed by the Bank to gain horrendous amounts of money and enslaving the people.

## TRUSTS AS BUSINESS ENTITIES

Article 1, Section 10 of the US Constitution states in part "No State shall pass....any Law impairing the Obligation of Contracts." Since this Trust Indenture is a contract between the Creator, Trustees, and Beneficiaries, the indenture CONTROLS and no one has the legal authority to violate its legal provisions. No one can change the Trust indenture except those empowered by the indenture.

Baker vs. Stern. ALR 462, the Court said "It is established by legal precedence that Pure Trusts are lawful, valid business organizations."

Burnett vs. Smith. SW 1007 (1922), the Court ruled "Trust or trust estate is a legal entity for almost all purposes as are Common Law Trusts."

Smith vs. Morse. 2 CA 524, A Pure Trust is established by contract, and any law or procedure in its operation, denying or obstructing contract rights impairs contractual obligation and is, therefore violative of the United States Constitution.

Crocker vs. Malley, 249 US SUP 39 at 270, A Pure Trust organization, consist of a US constitutional right to contract which cannot be abridged. The agreement when executed becomes a federal organization and not under laws passed by any of the several legislatures.

Elliot vs. Freeman. 220 US 178, A Pure Trust is not subject to legislative control. The United States Supreme Court holds that the Trust relationship comes under the realm of equity, based upon the common law, and is not subject to legislative restrictions as are corporations and other organizations created by legislative authority.

8

Schumann-Heinkvs. Folsnm. 159 NE 250, If it is free from control by Certificate holders, then it is a Pure Trust.

Berry vs. McCourt. 204 NE 2d 235 (1965), A Pure Trust is a contractual relationship in Trust form.

Trenton Cotton Company vs. Commissioner. 147 F 2d 33 (1945), "Exchange is the giving of one thing for another in kind and excluding money as a basis of measure."

Goodhue vs. State St. Trust Co., 267 Mass 28, "Certificates are not chattels, but are evidences of intangible rights."


## TRUSTS AS LEGAL ENTITIES

Weeks vs. Sibley, D.C. 269 F 135, "A Pure Trust is not illegal if formed for the express purpose of avoiding taxation."

Phillips vs. Blatchford. 137 Mass 510, "A Pure Trust is not illegal if formed for the express purpose of avoiding taxation."

Edwards vs. Commissioner. 415 F 2d 578,582,10th Cir. (1969), "Dignity of contract cannot be set aside because a tax benefit results either by design or accident."

Phillips vs. Blatchford. 137 Mass 510 (1884), as stated by Mr. Justice Holmes "An association does not become illegal simply because another very like it is taxed."

<u>Your Right to Private Contract!</u>

<u>HALE v. HENKEL. 201 U.S. 43 at 89 (1906)</u>

 Hale v. Henkel was decided in 1906 by the united States supreme Court. Since it was the Supreme Court, the case is binding on all courts of the land, until another Supreme Court case says it isn't. Has another Supreme Court case ever overturned

Hale v. Henkel?

As a matter of fact, since 1906, Hale v. Henkel has been cited by all of the federal and state appellate court systems over 16 hundred times! Remember that in nearly every instance when a case is cited, it has an impact on the presidential authority of the cited case. The more times a case is held up as "the law," the more it becomes cast in granite. How does that compare with other previously decided Supreme Court cases? Initial observations have shown that no other case has surpassed Hale v. Henkel in the number of times it has been cited by the courts. And, none of the various issues of this case have ever been overruled. On the persuasive side in Hale v. Henkel it was the United States Supreme Court which was speaking the "Law of the Land." How much more persuasive can a case be? The opinion of the court stated:

> "The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property."

> "His rights are such as existed by the Law of the Land (Common Law) long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution."

> "He owes nothing to the public so long as he does not trespass upon their rights."

Hale v. Henkel is based on Article 1 Sec. 10 of the Constitution for the united States of America (several separate 50 states) established in 1789 <u>long before</u> the Federal <u>Corporate</u> U.S. was established in 1871! Here is part of that Article: (highlighted and underlined for clarity) (definition of <u>State</u> means: The political system of a body of people who are politically organized; the system of rules by which <u>jurisdiction</u> and authority are exercised over such a body of people.) (in America this is the Federal Corporate govt. (D.C.) and at the 50 states level)

<u>No State shall</u> enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal: coin money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; <u>pass any</u> Bill of Attainder, ex post facto Law, or <u>Law impairing the Obligation of Contracts</u> or grant any Title of Nobility. (Esquire)

## PURE TRUSTS ARE LEGAL ENTITIES

"No state shall make any law impairing the obligation of contracts" Article 1, Section 10-3 U.S. Constitution.

1. The Business Trust Organization or "Pure Trust" is a contractual relationship, the parties thereto create their own Trust Organization.

2. It provides Trust Certificate Units (TCU's) as evidence of limited rights. The holder of TCU's convey no legal title in the trust property, nor any voice in management and control thereof.

3. Business is accomplished by Trustees and Minutes instituted as occasions arise. The Trustees are managers, with no one exercising any control over them.

4. It is a legal entity and an artificial individual with rights almost equal to a natural individual. The Pure Trust is Irrevocable and no one has any

reversionary rights to its assets. It can own property and conduct business like any person.

5.    A person may exchange assets, or any portion thereof, to it for *Trust Certificate Units*. This is a Tax Free exchange (Supreme Court ruled if property received in exchange has no fair market value, it does not represent taxable gain to the recipient. Burnett v. Logan, 283 US 404). There is no holding back of any right or interest. TCU's never change.

6.    TCU's can be distributed among family members or others free of any gift tax. No vested interest is transferred, only the right to receive distributions as directed by the trustees.

7.    The Trust pays no estate tax because there is no estate owned by any person at death. All assets are owned fee simple by the Trust. TCU's have no intrinsic value and cannot be taxed because they are not owned at death.

## OTHER CASE LAW SUPPORTING THE CREATION AND STRUCTURING OF TRUSTS

Cite 1 An equity Pure Trust is a lawful, irrevocable, separate legal entity. In the case of Baker vs. Stern, 58 A.L.R. 462, the Court said that, "IT IS ESTABLISHED BY LEGAL PRECEDENT THAT PURE TRUSTS ARE LAWFUL, VALID BUSINESS ORGANIZATIONS. " In the case of Burnett vs. Smith, S.W. 1007 (1922), the Court ruled that 'TRUST OR TRUST ESTATE IS A LEGAL ENTITY FOR MOST ALL PURPOSES AS ARE COMMON LAW TRUSTS." In Edwards vs. Commissioner, 415 F 2d 578, 582,10th Cir. (1969) the Court said "DIGNITY OF CONTRACT CANNOT BE SET ASIDE BECAUSE A TAX BENEFIT RESULTS EITHER BY DESIGN OR ACCIDENT". In Weeks vs. Sibley, (D.C.) 269 F, 135,

12

the Court said "A PURE TRUST IS NOT ILLEGAL IF FORMED FOR THE EXPRESS PURPOSE OF AVOIDING TAXATION."

Cite 2 A pure Trust is established by contract, and any law or procedure in its operation, denying contract or obstructing contract rights impairs contract obligation and is, therefore, violative of the United States Constitution. (Smith vs. Morse. 2 CA 524.)

Cite 3  The Trustees of a Trust have all the power necessary to carry out their obligations which they assume and their books and records are not subject to review or subpoena, and so held in Boyd vs. U.S., 116 US 618; and also in Silver Thorne Lumber Co. vs. U.S., 1251 US 385. (See *Article IV of the Constitution*.)

Cite 4 A Trust organization, consisting of a U.S. Constitutional right of contract which cannot be abridged, the agreement when executed becomes a Federal organization and not under the laws passed by any of the several legislatures. (Crocker vs. MacCloy, 649 US SUP. 39 at 270.)

Cite 5 A Pure Trust is not subject to legislative control. The United States Supreme Court holds that Trust relationship comes under the realm of equity, based upon the common law, and is not-subject to legislative restrictions as are corporations and other organizations by legislative authority. (Elliot vs. Freeman, 220 US 178.)

Cite 6 The creator of a Pure Trust may mold and give it any shape he chooses, and he or the Trustees, upon such terms as he may choose to impose. (Shaw vs. Paine, 12 Alien (Mass) 293; also in Harwood vs. Tracy 118 MO 631,24 SW 214.)

Cite 7 "WE FIND IT INTOLERABLE THAT ONE CONSTITUTIONAL RIGHT SHOULD HAVE TO BE SURRENDERED IN ORDER TO ASSERT ANOTHER." (Simon vs. US, 390,389,1968.)

Cite 8 "THE CLAIM AND EXERCISE OF A CONSTITUTIONAL RIGHT CANNOT BE CONVERTED INTO A CRIME." (Miller vs. US., 230 F 2d 486 at 489.)

Cite 9  In the case of Miranda vs. Arizona, 380 US 436 (1966) the Court said: "WHERE FUNDAMENTAL RIGHTS UNDER THE CONSTITUTION ARE INVOLVED, THERE CAN BE NO RULEMAKING OR LEGISLATION WHICH CAN ABROGATE THEM."

Cite 10 Chief Justice, Marshall said in the case of Marbury vs. Madison 5 US (1 Cranch), 137,174,176, (1830) that: "ALL LAWS WHICH ARE REPUGNANT TO THE CONSTITUTION ARE NULL AND VOID." A Constitutionally valid Trust cannot be also "abusive", - nor can the Trust Creator or Trustees or Beneficiaries be penalized for doing what they have a Constitutional right to do.

Cite 11 "THERE CAN BE NO SANCTION OR PENALTY IMPOSED UPON ONE BECAUSE OF HIS EXERCISE OF CONSTITUTIONAL RIGHTS: Sherar vs. Cullen, 481 F 2d 946 (1973).

Cite 12 A Trust has a legal right to sue in its own name or be sued. In the case of Waterman vs. MacKenzie, 138 US 252 (1891), the Court ruled that the Trust had a right to sue in its own name. In the case of U.S. vs. Carruthers 219 F 2d (1925), the Court ruled that the Business Trust has the right to own property and be sued.

Cite 13 "When any court violates the clear and unambiguous language of the Constitution, a fraud is perpetuated, and no one is bound to obey it. (State vs. Sutton, 63 Minn. 147: 65 NW 262: 30 ALR 630.)

Cite 14 "No particular form of words is essential to create a Trust, provided there be reasonable, certainty as to the property, the objects, and the beneficiaries."

14

Chicago. M & St PR. Co. vs. Des Moines Union R. Co. 254 U.S. 196 41 S.Ct. 81,65 L.Ed. 219.

Cite 15 "When a Trust is established and acknowledged, it does not need to be constantly reiterated or confessed." Chicago, M & St. PR. Co. vs. Des Moines Union R. Co.,

Cite 16 U.S. adopted Common laws of England with the Constitution. Caldwell vs. Hill, 178 SE 383 (1934).

Cite 17 If it is free of control by Certificate holders, then it is a Pure Trust. Schuman-Heink vs. Folsom, 159 NE 250 (1927).

Cite 18 A Pure Trust is a contractual relationship in Trust form. Berry vs. McCourt. 204 NE 2d 235 (1965).

Cite 19 Trustees are legal owners of property in Trust (fiduciary). Johnson vs. Lewis. 6 F 27 (1881).

# PATENT

A.   US v. BEGGERLY 97 IS 731 (1998) "sets forth the Land Patent is a contract between the patentee and the U.S.,"

B.   The land grant/patent is a contract between the patentee and the U.S. ARTICLE 1 Sec 10, States shall pass no law impairing the obligation of contracts FLETCHER v. PECK 10 U.S. 87.3 Led. 162.

C.   A patent certificate, or patent issued, or confirmation made to an original grantee or his legal representative, embraces representatives of the grantee or assignee by contract as well as by law. HOGAN v. PAGE, 17L.Ed. 854.

D.   LYNCH v. HOUSEHOLD FINANCE CORP., 405 U.S. 538 (1972) clearly states, "Property does not have rights. People have rights. The right to enjoy property without unlawful deprivation, no less than the right to speak or the right to travel, is in truth a "person" right, whether the "property" in question be a welfare check, a home, or a savings account. In fact, a fundamental interdependence exists between the personal right to liberty and the personal property right. Neither could have meaning without the other. The rights in property are the basic civil rights have long been recognized. Congress recognized these rights in 1871 when it enacted the predecessor of 42 U.S.C. 1983 and 1343 (3). We do no more than reaffirm the judgment of congress today.

E.   18 U.S.C. 242 provides for redress of grievance against public officials who violate their oath or constitution be it state or federal.

F.   42 U.S.C. 1983 provides that every person who, under color of any statue, ordinance, regulation, custom or usage, of any State or Territory, or the

16

District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to deprivation of any rights privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proceedings for redress.

G.   "The covenants run with the land, but only those that are in the patent proceedings." "Covenants must have been presented in the original patent proceedings or are forever barred." SUMMA CORP. v. CALIFORNIA. 466 US 198(1984)

H.   "Owner is free to do with his property what he wills, absent criminal intent, constitutional limitations, or liability for tortuous activities in connections therewith, "214 N.J. SUPER. 275. (FEB. 14.1990)

I.   The claimant of the land patent holds superior interest and title to the property so patented. According to 63 Am Jur 2d pg. 422. "Nothing passes by intendment or implication, and the grant will cover only that which is conveyed in clear language". 63C Am Jur 2d pg 423.

J.   In Federal Courts, the patent is held to be the foundation of title at law. FENN v. HOLME. 21 HOWARD 481.

K.   The U.S. land patent prevails over state constitution. Property rights are paramount. Not only does the U.S. constitution protect property rights, but the laws of the Federal Government do also. STELLA HUGHES v. STATE OF WASHINGTON. 389 U.S. 290 (1967).

L.   "This Patent like all patents cannot be collaterally attacked, patents cannot be changed from the original" U.S. v. CORONADO BEACH CO. 255 U.S.

427 (1921).

M    "COLOR OF LAW STATUTES" has no force and effect on the land patent.

The State of Indiana, the County of Steuben does not have the subject matter

jurisdiction on the lands transferred under Federal Land Patents. Article 1

Sec 10. States shall pass 'NO' law impairing the obligations of contracts.

N.    Any claims by a state to impose interest, control and jurisdiction over

patented lands must be provided within the patent or is forever barred.

SUMMA CORP. v. CALIFORNIA. 466 U.S. 198 (1984),

0.    Terms of the patent are complete. So even changes in the land itself do not

effect the patent. KLAIS v. DANOWSKI 373 MICH. 262.29 N.W. 2d 414

KLAIS v. DANOWSKI 373 MICH. 281.129 N.W. 2d 423.

P.    The land patent is a contract between the patentee and the U.S. "Article 1

Sec 10, States shall pass no law impairing the obligation of contracts" U.S. v.

BEGGERLY. 97 U.S. 731 (1998).

Q.    A patent is not subject to collateral attack. WEST v. STANDARD OIL CO..

278 U.S. 200. 73 LeD 265.49 s c T 138.

R.    A covenant or easement added after the patent proceeding would be a

collateral attack on the patent. U.S. v. CORONADO BEACH CO. U.S. 427

(1921).

S.    The power of congress to dispose of its land cannot be interfered with, or its

exercise embarrassed by state legislation, nor can such legislation deprive the

grantees of the United States of the possession and enjoyment of the property

granted by reason of any delay in the transfer of title after the initiation of

proceedings for the acquisition. State statutes that give lesser authoritative

ownership of title than a patent cannot be brought into federal court. LANGDON v. SHERWOOD. 124 U.S. 74 80: GIBSON v. CHATEAU 880 U.S. 92.

T.   The "Warranty Deed" is merely "Color of Title". HOWTH v. FARRAR. 94 F2d654. Color of title means: "That is a semblance or appearance of title, but not title in fact or in law" BLACK'S LAW SIXTH ED.

U.   A Patent for land is the highest evidence of Title, and is conclusive evidence against the Government and all claiming junior patents or titles. U.S. v. STONE. 167 U.S. 178.

V.   In Federal Courts, the patent is held to be the foundation of title at law. The plaintiff in ejectment must in all cases prove the legal title to the premises in himself title will not be sufficient for recovery. The practice of allowing ejectments to be maintained in state courts upon equitable titles cannot affect the jurisdiction of the courts of the United States. FENN v. HOLME. 21 HOWARD 481.

W.   Congress has the sole power to declare the dignity and effect of titles emanating from the United States and the whole legislation of Government in reference to the public lands declare the patent to be superior and conclusive evidence of legal title. Until it issues, the fee is in the Government, which by patent passes to the grantee, and he is entitled to enforce the possession in ejectment. All who claim under patent are entitled to the same rights as the patentee. BAGNELL v. BRODERICK. 13 PETER 436.

X.   A patent certificate, or patent issued, is confirmation made to an original grantee or his legal representative, embraces representatives of the grantee

or assignee by contract as well as by law. HOGAN v. PAGE, 17 L. Ed. 854.

Y.     Since road was not provided for in the original land grant, even though

undisputed historical evidence for such was presented, the land owner won

the quiet title suit on appeal. HOAGLAND TRUST v. EMMET &

CHARLEVOIX COUNTY ROAD COMMISSIONS. No 204409 Charlevoix

Circuit Court LC Nofs). 96-077818 Cll (Michigan court of appeals reversal

order eff. Jan. 2000).

Z.     Since road WAS PROVIDED for in the land patent. Bernal won the right of

access to his property. BERNAL v. JOEKS ET AL. 997 p. 2d 1192; 2000

Ariz. App. LEXIS 43; 317 Ariz Adv. Rep. 25 (Arizona court of appeals filed

3/16/2000.

Aa.    Arizona Public Service sought to have a right of way granted for an existing

power transmission line over patented land. The power transmission line

had originally been licensed under a Federal Power Commission License No.

150 granted April 14,1922 and was due to expire April 30,1972. The

Interior Dept. Board of Appeals rejected the appeal saying they had no

authority or jurisdiction when the patented land did not specifically provide

for such right of way. ARIZONA PUBLIC SERVICE COMPANY

INTERIOR DEPT. decision on appeal. March 13.1972 - 5 IBLA 137

appealed from BLM ARIZONA 6014 -Phoenix Land Office.

Ab.    Terms of the patent are complete, so even changes in the land itself do not

effect the patent. KLAIS v. DANOWSKI 373 Mich. 262.129 N.W. 2d 414.

Ac.    Terms of the patent are complete, so even changes in the land itself do not

effect the patent. KLAIS v. DANOWSKI 373 Mich. 262.129 N.W. 2d 423.

Ad.    All land patents flow from treaty law. Ware, Administrator Jones, <u>Plaintiff in Error, versus HYLTON et al. 3 U.S. LEXIS 400; 1L Ed. 568 3 Pall. 199.</u>

Ae.    63C Am Jur 2d pg 424, "In the interpretation of the effect of a public grant, the law in effect at the time the grant was made governs. Furthermore, a state court must follow Federal decisions on the same subject."

Af.    All laws which are repugnant to the constitution are null and void. <u>5 US 137 MARBURY v. MADISON (1803).</u>

Ag.    No state may convert a secured liberty or right into a privilege, issue a license or permit and charge a fee for it. <u>MURDOCK v. PENNSYLVANIA (1943).</u>

Ah.    An unconstitutional act is not law, it confers no rights, it imposes no duties, affords no protection, it creates no office, it is in legal contemplation, as inoperative as though it had never been passed. <u>118 U.S. 425-442 NORTON v. SHELBY COUNTY.</u>

Ai.    Where rights secured by the constitution are involved, there can be no rule making or legislation passed which would abrogate them. <u>348 U.S. 436 pg. 491 MIRANDA v. ARIZONA.</u>

Aj.    <u>16 Am Jur 2d Section 177. late 2nd section 256;</u> The general rule is that an unconstitutional statute, though having the form and the name of a law, is in reality no law, but is wholly void, and ineffective for any purpose, since unconstitutionality dates from the time of its enactment, and not merely from the date of the decision so branding it. No one is bound to obey an unconstitutional law and no courts are bound to enforce it.

Ak.    Liberal pleading requirements do not permit courts to dismiss <u>42 USC 1983</u> municipal liability claims for lack of factual specificity under rule 12 (b) (6) especially where the plaintiff is proceeding pro se. CIVIL PRODEDURE, CIVIL rights, <u>McCORMICK v. CITY OF CHICAGO (10/16/2000) -No. 99-2365.</u>

**Promissory Notes**

The need to have a promissory note produced whenever demanded by either party is

expounded in the summery of a partial list of cases used below. These points of law have

been in existence since paper (recorded) contracts replaced the use of a club. The reader

must bear in mind that our nation was created on the principles of inalienable rights as

expounded in our beginning; therefore, The Holy Bible. See In Re: <u>SMS Financial LLc.</u>

<u>v. Abco Homes. Inc</u>. No.98-50117 February 18,1999 (5th Circuit Court of Appeals) and

the Courts have held further that no part payments should be made on the bond or note

unless the person to whom payment is made is able to produce the bond or note and the

part payments are endorsed thereon.

"We find that a bank's credit card account is analogous to a promissory note, ..." <u>Karen</u>

<u>Smith Bird, Appellant, v. First Deposit National Bank, Appellee</u>, 1999 Tex. App. LEXIS

3804, * ;994 S.W. 2d280.


Without proof of damages, there are no damages: i.e. <u>American Red Cross v. Community</u>

<u>Blood Center of the Ozarks</u>, 257 F.3d 859 (8th Cir. 07/25/2001). If no one is able to

produce the original "instrument", there is no competent evidence before the Court that

any party is the holder of the alleged note or the true holder in due course: in the day of

computer technology and the sophisticated means by which a document can be put

together to make the copies say whatever the bank wants to have them say with [party]'s

signature from another source attached, in fact. is no proof of anything and there is still

no proof without competent evidence that [bank] is still holder of the alleged note or the

true holder in due course to make a claim, can prove the existence of the alleged note in

question and can show what the original contract actually was including inspection of

forgery and/or unauthorized markings/changes/allonges, can prove that the party sued signed the alleged note, and can show an actual debt with original account ledgers and/or records. Federal Circuit Courts have ruled that the only way to prove the perfection of any security is by actual possession of the security. See <u>Matter of Staff Morta. & Inv. Corp.</u>. 550 F.2d 1228 (9th Cir 1977).

The Hawaii Supreme Court stated that since the "ledger had not been attached to the affidavit, any information there from was inadmissible and should not have been considered by the circuit court" and that the "[a]ffiant's testimony as to what was in the ledger was inadmissible hearsay" <u>Pacific Concrete Federal Credit Union v. Kauanoe</u>, 82 Haw. 334, 614 P.2d 936 (1980).

### Cases on Promissory Notes

<u>McCay v. CAPITAL RESOURCES COMPANY. LTD</u>. 96-200 S.W.2d 1997

Where appellee apparently never possessed appellants' original note as provided in Ark Code Ann. 4-3-309(a)(i)(Repl. 1991). but was required, even if it had, to have proven all three factors specified in 4-3-309(a) and did not do so, appellee could not enforce the original note's terms by the use of a copy; even if all three requirements in 4-3-309(a) had been proven, the trial court was still obligated to ensure that appellee provided adequate protection to the appellants from any future claim, and this. too, was not done. First, as previously discussed, we mention the unfairness in these circumstances that, if a duplicate was allowed in place of the original note, the McKays could later be subjected to double liability if the actual holder of the note appeared. Next, we add that the Rules of Evidence are rules of the court involving legal proceedings, white the UCC is composed of statutes of law that established the rights and liabilities of persons. Again, as

previously discussed, Capital Resources, as an assignee of the McKays' note, could not sue on the underlying debt the McKays owed to Landmark Savings. For Capital Resources to have prevailed in enforcing the McKays' note, it was required either to produce the original or satisfy the requirements for a lost negotiable instrument under 4-3-309(a) and (b). Because Capital failed to do either, we must reverse and remand.

Mortgage Securities Inc. v. Hartley LORD. No. 4D02-4051. July 23. 2003.  Mortgagee by assignment brought foreclosure action.  The Circuit Court, 15th Judicial Circuit, Palm Beach County, Edward Fine and John Wessel, JJ., entered summary judgment for mortgagor. Mortgagee appealed. The District Court of Appeal. Stone, J., held that mortgagee could not maintain cause of action to enforce missing promissory note or foreclose mortgage, in absence of proof that mortgagee or assignor ever had possession of note.

LORRAINE C. TILLMAN v. VIRGINIA SAVAGE SMITH (07/25/85)

The purpose of the section is well expressed by commentator Cart W. Ehrhardt as follows: [21]   The drafters of the Code excluded from the general rule of admissibility of duplicates these documents because the possessor of the documents is the owner of the obligation that they represent and the party who may bring a cause of action based on the document Therefore, the person who possesses the duplicate may not possess the cause of action.  For example, if A makes a xerox copy of a promissory note and subsequently negotiates the original to B,. under section 90.953(1), A, the transferor, is not able to sue on the xerox copy of the promissory note. [22]   Ehrhardt, Florida Evidence § 953.1 (2d ed. 1984). See also Lowery v. State, 402 So-2d 1287 (Fla. 5th DCA 1981). To fail under section 90.953(1), the agreement would have not only to evidence a right to the payment

of money, but be "of a type that is transferred by delivery in the ordinary course of business with any necessary endorsement or assignment" (emphasis added).

Mason v. Rubin, 727 So.2d 283,37 UCC Rep.Serv.2d 1087 (Fla.App. Dist.4 02/10/1999) Establishing a lost negotiable instrument is governed by a different statute, section 673.3091, Florida Statutes (1993). The latter statute contains more stringent requirements than the former, and the trial court correctly concluded that the husband did not satisfy section 673.3091.


RSMo 400.3-309. (a) A person not in possession of an instrument is entitled to enforce the instrument if (i) the person was in possession of the instrument and entitled to enforce it when loss of possession occurred, (ii) the loss of possession was not the result of a transfer by the person or a lawful seizure, and (iii) the person cannot reasonably obtain possession of the instrument because the instrument was destroyed, its whereabouts cannot be determined, or it is in the wrongful possession of an unknown person or a person that cannot be found or is not amenable to service of process. (This refers to statutory transactions only, not to common law transactions over $500.00).


FIGUEREDO v. BANK ESPIRITO SANTO No. 88-1808. Jan. 31. 1989. FL Third District. The plaintiff failed to produce for admission into evidence the original copy of a negotiable promissory instrument as is expressly required by section 90.953(1), Florida Statutes (1987). For this reason, the final judgment of foreclosure is vacated with directions for the trial court to receive the original promissory note in evidence.

SMS Financial LLc. v. Abco Homes, Inc. No.98-50117 February 18.1999 (167 F. 3d. 235; 5th Circuit Court of Appeals.)  Where the complaining party can not prove the existence of the note, then there is no note.  To recover on a promissory note, the plaintiff must prove: (1) the existence of the note in question; (2) that the party sued signed the note; (3) that the plaintiff is the owner or holder of the note; and (4) that a certain balance is due and owing on the note. Since no one is able to produce the "instrument" there is no competent evidence before the Court that any party is the holder of the alleged note or the true holder in due course. New Jersey common law dictates that the plaintiff prove the existence of the alleged note in question, prove that the party sued signed the alleged note, prove that the plaintiff is the owner and holder of the alleged note, and prove that certain balance is due and owing on any alleged note.  Federal Circuit Courts have ruled that the only way to prove the perfection of any security is by actual possession of the security. See Matter of Staff Mortg. & Inv. Corp., 550 F.2d 1228 (9th Cir 1977). "Under the Uniform Commercial Code, the only notice sufficient to inform all interested parties that a security interest in instruments has been perfected is actual possession by the secured party, his agent or bailee." Bankruptcy Courts have followed the Uniform Commercial Code. In Re Investors & Lenders, Ltd. 165 B.R. 389 (Bkrtcy.D.N.J.1994), Unequivocally the Court's rule is that in order to prove the "instrument", possession is mandatory. In addition to the note, another element of proof is necessary — an accounting that is signed and dated by the person responsible for tile account. Claim of damages, to be admissible as evidence, must incorporate records such as a general ledger and accounting of an alleged unpaid  promissory note, the person responsible for preparing and maintaining the account general ledger must provide a complete accounting which must be sworn to and dated by the person who maintained the ledger.

26

See <u>Pacific Concrete F.G.U. V. Kauanoe</u>; 62  Haw. 334. 614 P.2d 936 (1980) <u>GE Capital</u>

<u>Hawaii, Inc. v. Yonenaka</u> 25 P.3d 8O7, 96 Hawaii 32, (Hawaii App 2001), <u>Fooks v.</u>

<u>Norwich Housing Authority</u> 28 Conn.L. Rptr,. 371, (Conn. Super.2000), and <u>Town of</u>

<u>Brookfield v. Candlewood Shores Estates, Inc</u>. '513A.2d 1218,201 Conn.1 (1986).


See § 90.953, West's Fla. Stat Annot. (1979) (Sponsor's Note); C. Ehrhardt, Florida

Evidence § 953-1. at 605 & n.5; <u>Lowery v. State</u>, 402 So.2d 1287,1288-89 (Fla. 5th DCA

1981).


90.953(1) Missouri statutes, is misplaced.  The purpose of  that subsection is to requiore

production of the original where there is an action on a negotiable instrument.  In such

instances the original instrument must be brought forward to demonstrate the right to

payment and to preclude the possibility that the instrument has already been negotiated.


[11]    State Street sought to establish the promissory note and mortgage under

section 71.011, Florida Statutes. State Street alleged that Hartley executed the note and

mortgage and that, after multiple assignments, the documents were assigned to State

Street by EMC Mortgage Corporation. Although State Street alleged in its pleading that

the original documents were received by it, the record established that State Street never

had possession of the original lnote and, further, that its assignor, EMC, never had

possession of the note and, thus, was not able to transfer the original note to State Street.

(emphasis added mine).

[12]    The trial court correctly concluded that as State Street never had actual or

constructive possession of the promissory note. State Street could not, as a matter of law,

maintain a cause of action to enforce the note or foreclose the mortgage. The right to enforce the lost instrument was not properly assigned where neither State Street nor its predecessor in interest possessed the note and did not otherwise satisfy the requirements of section 673.3091. Florida Statutes, at the time of the assignment. See <u>Slizyk v. Smilack</u>, 825 So. 2d 428.430 (Fla. 4th DCA 2002).

In <u>Mason v. Rubin</u>. 727 So. 2d 283 (Fla. 4th DCA 1999), the appellant brought a foreclosure action on a second mortgage, the trial court denied the foreclosure, and this court affirmed on the basis that the appellant had failed to establish the lost note under section 673.3091. Likewise, here, where State Street fatted to comply with section 673.3091, the trial court correctly entered summary judgment denying its foreclosure claim. *fn1 In contrast, here, the undisputed evidence was that EMC, the assignor, never had possession of the notes and, thus, could not enforce the note under section 673.3091 governing lost notes. Because EMC could not enforce the lost note under section 673.3091, it had no power of enforcement which it could assign to State Street.

<u>RAYMOND E. SHORES AND MARCENE G. SHORES v. FIRST FLORIDA RESOURCE CORPORATION</u> (10/11/72) Appellants are entitled to assurance that they will not later be sued by a holder of these instruments.... If there are parties having any claim to these instruments they should be brought into the action and the matter determined. The instruments should then be reestablished, recorded and an appropriate judgment entered.

The following document certified was retrieved by Jacob-Franz: Dyck from the court in Michigan. It give a factual and conscience explanation of money {credit and

2323

debt} created and fraudulently making the creditor believe he is the debtor. Then the bank

has the audacity to force the creditor to repay with interest; making the creditor a debtor.

---

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

|  |  |
|---|---|
| BANK ONE, N.A., | Case No. 03-047448-CZ |
| Plaintiff, | Hon. E.. Sosnick |
| v. | AFFIDAVIT OF<br>WALKER F. TODD,<br>EXPERT WITNESS FOR |
| DEFENDANTS<br>HARSHAVARDHAN DAVE and<br>PRATIMA DAVE, jointly and severally, |  |
| Defendants. |  |

| | |
|---|---|
| Harshavardhan Dave and Pratima H. Dave<br>C/o 5128 Echo Road<br>Bloomfield Hills, MI 48302<br>Defendants, *in propria persona* | Michael C. Hammer (P41705)<br>Ryan O. Lawlor (P64693)<br>Dickinson Wright PLLC<br>Attorneys for Bank One, N.A.<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226<br>(313) 223-3500 |

Now comes the Affiant, Walker F. Todd, a citizen of the United States and the State of Ohio over the age of 21 years, and declares as follows, under penalty of perjury:

1. That I am familiar with the Promissory Note and Disbursement Request and Authorization, dated November 23, 1999, together sometimes referred to in

**FILED** *08-730*

APR 2 8 2008

30

Clerk, U.S. District and
Bankruptcy Courts

other documents filed by Defendants in this case as the "alleged agreement" between Defendants and Plaintiff but called the "Note" in this Affidavit. If called as a witness, I would testify as stated herein. I make this Affidavit based on my own personal knowledge of the legal, economic, and historical principles stated herein, except that I have relied entirely on documents provided to me, including the Note, regarding certain facts at issue in this case of which I previously had no direct and personal knowledge. I am making this affidavit based on my experience and expertise as an attorney, economist, research writer, and teacher. I am competent to make the following statements.

PROFESSIONAL BACKGROUND QUALIFICATIONS

2.  My qualifications as an expert witness in monetary and banking instruments are as follows. For 20 years, I worked as an attorney and legal officer for the legal departments of the Federal Reserve Banks of New York and Cleveland. Among other things, I was assigned responsibility for questions involving both novel and routine notes, bonds, bankers' acceptances, securities, and other financial instruments in connection with my work for the Reserve Banks' discount windows and parts of the open market trading desk function in New York. In addition, for nine years, I worked as an economic research officer at the Federal Reserve Bank of Cleveland. I became one of the Federal Reserve System's recognized experts on the legal history of central banking and the pledging of notes, bonds, and other financial instruments at the discount window to enable the Federal Reserve to make advances of credit that became or could become money. I also have read extensively treatises on

31

the legal and financial history of money and banking and have published several articles covering all of the subjects just mentioned. I have served as an expert witness in several trials involving banking practices and monetary instruments. A summary biographical sketch and resume including further details of my work experience, readings, publications, and education will be tendered to Defendants and may be made available to the Court and to Plaintiff's counsel upon request.

## GENERALLY ACCEPTED ACCOUNTING PRINCIPLES

3. Banks are required to adhere to Generally Accepted Accounting Principles (GAAP). GAAP follows an accounting convention that lies at the heart of the double-entry bookkeeping system called the Matching Principle. This principle works as follows: When a bank accepts bullion, coin, currency, checks, drafts, promissory notes, or any other similar instruments (hereinafter "instruments") from customers and deposits or records the instruments as assets, it must record offsetting liabilities that match the assets that it accepted from customers. The liabilities represent the amounts that the bank owes the customers, funds accepted from customers. In a fractional reserve banking system like the United States banking system, most of the funds advanced to borrowers (assets of the banks) **are created by the banks themselves** and are not merely transferred from one set of depositors to another set of borrowers.

## RELEVANCE OF SUBTLE DISTINCTIONS ABOUT TYPES OF MONEY

4. From my study of historical and economic writings on the subject, I conclude that a common misconception about the nature of money unfortunately has been perpetuated in the U.S. monetary and banking systems, especially since

32

the 1930s. In classical economic theory, once economic exchange has moved beyond the barter stage, there are two types of money: money of *exchange* and money of *account*.. For nearly 300 years in both Europe and the United States, confusion about the distinctiveness of these two concepts has led to persistent attempts to treat money of account as the equivalent of money of exchange. In reality, especially in a fractional reserve banking system, a comparatively small amount of money of exchange (e.g., gold, silver, and official currency notes) may support a vastly larger quantity of business transactions denominated in money of account. The sum of these transactions is the sum of credit extensions in the economy. With the exception of customary stores of value like gold and silver, the monetary base of the economy largely consists of credit instruments. **Against this background, I conclude that the Note, despite some language about "lawful money" explained below, clearly contemplates both disbursement of funds and eventual repayment or settlement in money of account (that is, money of exchange would be welcome but is not required to repay or settle the Note).** The factual basis of this conclusion is the reference in the Disbursement Request and Authorization to repayment of $95,905.16 to Michigan National Bank from the proceeds of the Note. That was an exchange of the credit of Bank One (Plaintiff) for credit apparently and previously extended to Defendants by Michigan National Bank. Also, there is no reason to believe that Plaintiff would refuse a substitution of the credit of another bank or banker as complete payment of the Defendants' repayment obligation under the Note. This is a case about exchanges of money of

33

account (credit), not about exchanges of money of exchange (lawful money or even legal tender).

5.  Ironically, the Note explicitly refers to repayment in "lawful money of the United States of America" (*see* "Promise to Pay" clause).  Traditionally and legally, Congress defines the phrase "lawful money" for the United States. Lawful money <u>was</u> the form of money of exchange that the federal government (or any state) could be required by statute to receive in payment of taxes or other debts.  Traditionally, as defined by Congress, lawful money only included gold, silver, and currency notes redeemable for gold or silver on demand.  In a banking law context, lawful money was only those forms of money of exchange (the forms just mentioned, plus U.S. bonds and notes redeemable for gold) that constituted the reserves of a national bank prior to 1913 (date of creation of the Federal Reserve Banks).  *See,* Lawful Money, *Webster's New International Dictionary* (2d ed. 1950).  **<u>In light of these facts, I conclude that Plaintiff and Defendants exchanged reciprocal credits involving money of account and not money of exchange; no lawful money was or probably ever would be disbursed by either side in the covered transactions.</u>**  This conclusion also is consistent with the bookkeeping entries that underlie the loan account in dispute in the present case.  Moreover, it is puzzling why Plaintiff would retain the archaic language, "lawful money of the United States of America," in its otherwise modern-seeming Note.  It is possible that this language is merely a legacy from the pre-1933 era.  Modern credit agreements might include repayment language such as, "The repayment obligation under this agreement shall

34

continue until payment is received *in fully and finally collected funds*," which avoids the entire question of "In what form of money **or credit** is the repayment obligation due?"

6. *Legal tender,* a related concept but one that is economically inferior to *lawful money* because it allows payment in instruments that cannot be redeemed for gold or silver on demand, has been the form of money of exchange commonly used in the United States since 1933, when domestic private gold transactions were suspended (until 1974).. Basically, legal tender is whatever the government says that it is. The most common form of legal tender today is Federal Reserve notes, which by law cannot be redeemed for gold since 1934 or, since 1964, for silver. *See,* 31 U.S.C. Sections 5103, 5118 (b), and 5119 (a).


Note: I question the statement that fed reserve notes cannot be redeemed for silver since 1964. It was Johnson who declared on 15 Marcy 1967 that after 15 June 1967 that Fed Res Notes would not be exchanged for silver and the practice did stop on 15 June 1967 – not 1964. I believe this to be error in the text of the author's affidavit.

7. *Legal tender under the Uniform Commercial Code (U.C.C.),* Section 1-201 (24) (Official Comment), is a concept that sometimes surfaces in cases of this nature.. The referenced Official Comment notes that the definition of *money* is not limited to *legal tender* under the U.C.C. *Money* is defined in Section 1-201 (24) as "a medium of exchange authorized or adopted by a domestic or

foreign government and includes a monetary unit of account established by an intergovernmental organization or by agreement between two or more nations." The relevant Official Comment states that "The test adopted is that of sanction of government, whether by authorization before issue or adoption afterward, which recognizes the circulating medium as a part of the official currency of that government. The narrow view that money is limited to legal tender is rejected." Thus, I conclude that the U.C.C. tends to validate the classical theoretical view of money.

### HOW BANKS BEGAN TO LEND THEIR OWN CREDIT INSTEAD OF REAL MONEY

8. In my opinion, the best sources of information on the origins and use of credit as money are in Alfred Marshall, MONEY, CREDIT & COMMERCE 249-251 (1929) and Charles P. Kindleberger, A FINANCIAL HISTORY OF WESTERN EUROPE 50-53 (1984). A synthesis of these sources, as applied to the facts of the present case, is as follows: As commercial banks and discount houses (private bankers) became established in parts of Europe (especially Great Britain) and North America, by the mid-nineteenth century they commonly made loans to borrowers by extending their own credit to the borrowers or, at the borrowers' direction, to third parties. The typical form of such extensions of credit was drafts or bills of exchange drawn upon themselves (claims on the credit of the drawees) instead of disbursements of bullion, coin, or other forms of money. In transactions with third parties, these drafts and bills came to serve most of the ordinary functions of money. The third parties had to determine for themselves whether such "credit

36

money" had value and, if so, how much. The Federal Reserve Act of 1913 was drafted with this model of the commercial economy in mind and provided at least two mechanisms (the discount window and the open-market trading desk) by which certain types of bankers' credits could be exchanged for Federal Reserve credits, which in turn could be withdrawn in lawful money. Credit at the Federal Reserve eventually became the principal form of monetary reserves of the commercial banking system, especially after the suspension of domestic transactions in gold in 1933. Thus, credit money is not alien to the current official monetary system; it is just rarely used as a device for the creation of Federal Reserve credit that, in turn, in the form of either Federal Reserve notes or banks' deposits at Federal Reserve Banks, functions as money in the current monetary system. In fact, a means by which the Federal Reserve expands the money supply, loosely defined, is to set banks' reserve requirements (currently, usually ten percent of demand liabilities) at levels that would encourage banks to extend new credit to borrowers on their own books that third parties would have to present to the same banks for redemption, thus leading to an expansion of bank-created credit money. In the modern economy, many non-bank providers of credit also extend book credit to their customers without previously setting aside an equivalent amount of monetary reserves (credit card line of credit access checks issued by non-banks are a good example of this type of credit), which also causes an expansion of the aggregate quantity of credit money. The discussion of money taken from Federal Reserve and other modern sources in

paragraphs 11 et seq. is consistent with the account of the origins of the use of bank credit as money in this paragraph.

## ADVANCES OF BANK CREDIT AS THE EQUIVALENT OF MONEY

9.  Plaintiff apparently asserts that the Defendants signed a promise to pay, such as a note(s) or credit application (collectively, the "Note"), in exchange for the Plaintiff's advance of funds, credit, or some type of money to or on behalf of Defendant.  However, the bookkeeping entries required by application of GAAP and the Federal Reserve's own writings should trigger close scrutiny of Plaintiff's apparent assertions that it lent its funds, credit, or money to or on behalf of Defendants, thereby causing them to owe the Plaintiff $400,000. According to the bookkeeping entries shown or otherwise described to me and application of GAAP, the Defendants allegedly were to tender some form of *money* ("lawful money of the United States of America" is the type of money explicitly called for in the Note), securities or other capital equivalent to money, funds, credit, or something else of value in exchange (money of exchange, loosely defined), collectively referred to herein as "money," to repay what the Plaintiff claims was the *money* lent to the Defendants. **It is not an unreasonable argument to state that Plaintiff apparently changed the economic substance of the transaction from that contemplated in the credit application form, agreement, note(s), or other similar instrument(s) that the Defendants executed, thereby changing the costs and risks to the Defendants.** At most, the Plaintiff extended its own *credit* (money of account), but the Defendants were required to repay in *money* (money of exchange, and *lawful money* at that), **which creates at least the**

**inference of inequality of obligations** on the two sides of the transaction (*money*, including *lawful money*, is to be exchanged for *bank credit*).

MODERN AUTHORITIES ON MONEY

11. To understand what occurred between Plaintiff and Defendants concerning the alleged loan of *money* or, more accurately, *credit*, it is helpful to review a modern Federal Reserve description of a bank's lending process. *See*, David H. Friedman, MONEY AND BANKING (4th ed. 1984)(apparently already introduced into this case): "The commercial bank lending process is similar to that of a thrift in that the receipt of cash from depositors increases both its assets and its deposit liabilities, which enables it to make additional loans and investments. . . . When a commercial bank makes a business loan, it accepts as an asset the borrower's debt obligation (the promise to repay) and creates a liability on its books in the form of a demand deposit in the amount of the loan." (Consumer loans are funded similarly.) Therefore, the bank's original bookkeeping entry should show an increase in the amount of the asset credited on the asset side of its books and a corresponding increase equal to the value of the asset on the liability side of its books. **This would show that the bank received the customer's signed promise to repay as an *asset*, thus *monetizing* the customer's signature and creating on its books a liability in the form of a demand deposit or other demand liability of the bank.** The bank then usually would hold this demand deposit in a transaction account on behalf of the customer. Instead of the bank lending its *money* or other assets to the customer, as the customer reasonably might believe from the face of the Note, the bank *created* funds for the customer's transaction

39

account without the customer's permission, authorization, or knowledge and delivered the *credit* on its own books representing those funds to the customer, meanwhile alleging that the bank lent the customer *money*. If Plaintiff's response to this line of argument is to the effect that it acknowledges that it lent credit or issued credit instead of money, one might refer to Thomas P. Fitch, BARRON'S BUSINESS GUIDE DICTIONARY OF BANKING TERMS, "Credit banking," 3. "Bookkeeping entry representing a deposit of funds into an account." But Plaintiff's loan agreement apparently avoids claiming that the bank actually lent the Defendants *money*. They apparently state in the agreement that the Defendants are obligated to repay Plaintiff principal and interest for the "Valuable consideration (money) the bank gave the customer (borrower)." The loan agreement and Note apparently still delete any reference to the bank's receipt of actual cash value from the Defendants and exchange of that receipt for actual cash value that the Plaintiff banker returned.

12. **According to the Federal Reserve Bank of New York, money is anything that has value that banks and people accept as money; money does not have to be issued by the government.** For example, David H. Friedman, I BET YOU THOUGHT. . . . 9, Federal Reserve Bank of New York (4th ed. 1984)(apparently already introduced into this case), explains that banks create new money by depositing IOUs, promissory notes, offset by bank liabilities called checking account balances. Page 5 says, "Money doesn't have to be intrinsically valuable, be issued by government, or be in any special form. . . ."

13. The publication, Anne Marie L. Gonczy, MODERN MONEY MECHANICS 7-33, Federal Reserve Bank of Chicago (rev. ed. June 1992)(apparently already introduced into this case), contains standard bookkeeping entries demonstrating that *money* ordinarily is recorded as a bank *asset*, while a bank *liability* is evidence of *money* that a bank owes. The bookkeeping entries tend to prove that banks accept cash, checks, drafts, and promissory notes/credit agreements (assets) as *money* deposited to create credit or checkbook money that are bank *liabilities*, which shows that, absent any right of setoff, banks owe *money* to persons who deposit *money*.. **Cash (money of exchange) is money, and credit or promissory notes (money of account) become money when banks deposit promissory notes with the intent of treating them like deposits of cash.** *See*, 12 U.S.C. Section 1813 (*l*)(1) (definition of "deposit" under Federal Deposit Insurance Act). The Plaintiff acts in the capacity of a lending or banking institution, and the newly issued credit or money is similar or equivalent to a promissory note, which may be treated as a deposit of money when received by the lending bank.. Federal Reserve Bank of Dallas publication MONEY AND BANKING, page 11, explains that when banks grant loans, they create new money. The new money is created because a new "loan becomes a deposit, just like a paycheck does." MODERN MONEY MECHANICS, page 6, says, "What they [banks] do when they make loans is to accept promissory notes in exchange for credits to the borrowers' transaction accounts." The next sentence on the same page explains that the banks' assets and liabilities increase by the amount of the loans.

41

## COMMENTARY AND SUMMARY OF ARGUMENT

14. Plaintiff apparently accepted the Defendants' Note and credit application (money of account) in exchange for its own credit (also money of account) and deposited that credit into an account with the Defendants' names on the account, as well as apparently issuing its own credit for $95,905.16 to Michigan National Bank for the account of the Defendants. One reasonably might argue that the Plaintiff recorded the Note or credit application as a loan (money of account) from the Defendants to the Plaintiff and that the Plaintiff then became the borrower of an equivalent amount of money of account from the Defendants.

## 15. The Plaintiff in fact never lent any of its own pre-existing money, credit, or assets as consideration to purchase the Note or credit agreement from the Defendants. (Robertson Notes: I add that when the bank does the forgoing, then in that event, there is an utter *failure of consideration* for the "loan contract".) When the Plaintiff deposited the Defendants' $400,000 of newly issued credit into an account, the Plaintiff created from $360,000 to $400,000 of new money (the nominal principal amount less up to ten percent or $40,000 of reserves that the Federal Reserve would require against a demand deposit of this size). The Plaintiff received $400,000 of credit or money of account from the Defendants as an asset. GAAP ordinarily would require that the Plaintiff record a liability account, crediting the Defendants' deposit account, showing that the Plaintiff owes

42

$400,000 of money to the Defendants, just as if the Defendants were to deposit cash or a payroll check into their account.

16. The following appears to be a disputed fact in this case about which I have insufficient information on which to form a conclusion: I infer that it is alleged that Plaintiff refused to lend the Defendants Plaintiff's own money or assets and recorded a $400,000 loan from the Defendants to the Plaintiff, which arguably was a $400,000 deposit of money of account by the Defendants, and then when the Plaintiff repaid the Defendants by paying its own credit (money of account) in the amount of $400,000 to third-party sellers of goods and services for the account of Defendants, the Defendants were repaid their loan to Plaintiff, and the transaction was complete.

17. I do not have sufficient knowledge of the facts in this case to form a conclusion on the following disputed points: None of the following material facts are disclosed in the credit application or Note or were advertised by Plaintiff to prove that the Defendants are the true lenders and the Plaintiff is the true borrower. **The Plaintiff is trying to use the credit application form or the Note to persuade and deceive the Defendants into believing that the opposite occurred and that the Defendants were the borrower and not the lender.** The following point is undisputed: The Defendants' loan of their credit to Plaintiff, when issued and paid from their deposit or credit account at Plaintiff, became money in the Federal Reserve System (subject to a reduction of up to ten percent for reserve requirements) as the newly issued credit was paid

43

pursuant to written orders, including checks and wire transfers, to sellers of goods and services for the account of Defendants.

CONCLUSION

18. Based on the foregoing, Plaintiff is using the Defendant's Note for its own purposes, and it remains to be proven whether Plaintiff has incurred any financial loss or actual damages (I do not have sufficient information to form a conclusion on this point). In any case, the inclusion of the "lawful money" language in the repayment clause of the Note is confusing at best and in fact may be misleading in the context described above.

AFFIRMATION

19. I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be true. I hereby further affirm that the basis of these beliefs is either my own direct knowledge of the legal principles and historical facts involved and with respect to which I hold myself out as an expert or statements made or documents provided to me by third parties whose veracity I reasonably assumed.

Further the Affiant sayeth naught.

At Chagrin Falls, Ohio

December 5, 2003

_____
WALKER F. TODD
(Ohio bar no 0064539)
Expert witness for the Defendants
Walker F. Todd, Attorney at Law
1164 Sheerbrook Drive
Chagrin Falls, Ohio 44022
(440) 338-1169, fax (440) 338-1537

## Conclusion

As can be seen from the previous case law that it is imperative: that in order to collect or file a complaint to collect on a promissory note proof of the following must occur:

(a) the existence of the note in question;

(b) that the party sued signed the note;

(c) that the plaintiff is the owner or holder of the note;

(d) that a certain balance is due and owing on the note.

The Bank goes to the Federal Reserve for it's money to loan, since it is prohibited to loan it's depositors money. So the bank in all practicality has no real interest in the transaction, other then being a servicing agent.

Several attemots wre made to get an accounting and to view the original promissory note unaltered. None was ever produced. The servicing agent of the purported debt, Great Southern Bank, has **NO** interest in the property; yet Great Southern Bank claims ownership of the property.

### Prayer

Plaintiffs pray that this action will produce an accounting of all monies transferred and the viewing of the original unaltered promissory note. Thereby, leaving the property as is in the hands of the trust with the land patent intact. To received monetary damages as commonly prescribed by other cases of this type for both compensatory and punitive damages.

I am not an expert in the law; however, I know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this affidavit, please advise me in written affidavit form within the allotted time (21 days) from receipt hereof providing me with your counter affidavit by all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father through the power and authority of the blood of his Son be done on earth as it is in Heaven.

Service to the agent is service to the principle; Service to the principle is service to the agent. Further sayeth affiant not.

Date: April 28, 2008

Jacob-Franz: Dyck
3000 Green Mnt. Dr.
Branson, Mo. 65616

**I (a) PLAINTIFFS**  *Jacob Frenz Dych*

**DEFENDANTS**  *Great Southern Bank, Fred Marshal*

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** *Taney MO 88888*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT *Green MO*
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
*3000 Green Mat. Di Branson, MO 65616*

Case: 1:08-cv-00730
Assigned To : Walton, Reggie B.
Assign. Date : 4/28/2008
Description: Pro Se General Civil

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff
□ 3 Federal Question (U.S. Government Not a Party)
□ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | ☒ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

□ **A. Antitrust**
□ 410 Antitrust

□ **B. Personal Injury/Malpractice**
□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

□ **C. Administrative Agency Review**
□ 151 Medicare Act
Social Security:
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)
Other Statutes
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If Administrative Agency is Involved)

□ **D. Temporary Restraining Order/Preliminary Injunction**
Any nature of suit from any category may be selected for this category of case assignment.
*(If Antitrust, then A governs)*

□ **E. General Civil (Other)** OR ☒ **F. Pro Se General Civil**

Real Property
□ 210 Land Condemnation
☒ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

Personal Property
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

Bankruptcy
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

Immigration
□ 462 Naturalization Application
□ 463 Habeas Corpus- Alien Detainee
□ 465 Other Immigration Actions

Prisoner Petitions
□ 535 Death Penalty
□ 540 Mandamus & Other
□ 550 Civil Rights
□ 555 Prison Condition

Property Rights
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

Federal Tax Suits
□ 870 Taxes (US plaintiff or defendant

□ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

Other Statutes
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.

□ 460 Deportation
□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

①

| □ **G. Habeas Corpus/ 2255** | □ **H. Employment Discrimination** | □ **I. FOIA/PRIVACY ACT** | □ **J. Student Loan** |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| □ **K. Labor/ERISA (non-employment)**<br>□ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ **L. Other Civil Rights (non-employment)**<br>□ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ **M. Contract**<br>□ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ **N. Three-Judge Court**<br>□ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify)   □ Multi district Litigation   □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1332    diversity 1332

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS   □ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND** ☑ YES   □ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☑ YES   □ NO   If yes, please complete related case form.

**DATE** 4-28-08   **SIGNATURE OF ATTORNEY OF RECORD** _Samuel Trujillo Dyll_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

V:\forms\js-44.wpd

RECEIVED
APR 2 9 2008
MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT