UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jacob-Franz: Dyck, Trustee
All-American Trust
3000 Green Mountain Drive
Branson, MO 65616
    Plaintiff, (Relators)

v.

GREAT SOUTHERN BANK
FRED MARSHALL
P O BOX 68
Springfield, MO 65301

JOHN DOE 1-5 and
JANE DOE 1-5
IN THEIR PRIVATE CAPACITY, IN THEIR
CORPORATE CAPACITY AND ALL MARITAL
ASSETS
    DEFENDANTS (Respondants)

Case: 1:08-dv-00730
Assigned To: Walton, Reggie B.
Assign Date: 4/28/2008
Description: Pro Se General Civil

DEMANDED Rule 38 FRCP
Demand for **trial by jury**

---

REQUEST FOR TEMPORARY RESTRAINING ORDER

---

    Plaintiff has presented to the court an application for temporary restraining order, together with the supporting affidavit of Matthew A. Brown and the verified complaint in this case.
The court has considered all these documents and based thereon the court finds:

    (a) If a temporary restraining order is not issued in this case, plaintiff will be injured as follows:

    (1) Loss of clients. (2) Mental anquish. (3) Loss of respect of society. (4) No trial was held prior to foreclosure sale.

    (b) This injury will be irreparable because the above cannot be regained sufficiently. Also, Rachelle Brown is in remission with Leukemia and since this harassment and aggravation has started first signs of reverting back from remission such as rash and fever have started to appear.

RECEIVED
MAY - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*/s/ Jacob-Franz: Dyck*

(c) Therefore a temporary restraining order should be issued in this case.

(d) This order is being granted without prior notice to defendant because time and distance for travel and the property was infringed on over week-end.

**THEREFORE IT IS ORDERED**, Adjudged and Decreed:

(1) That defendant, GREAT SOUTHERN BANK, FRED MARSHALL, and defendant's officers, agents, servants, employees, and attorneys, and all persons in active concert of participation with them or any of them **ARE HEREBY RESTRAINED** from in any manner, directly or indirectly interfering with ongoing business of renting and utilizing the property in any manner. The present owner holding the warranty deeds (Matthew A. Brown) desires to utilize that property.

(2) That this order shall expire on May 19, 2008 at 11:59:59 PM, unless it is by then extended for good cause shown or by consent; at which time it converts to a permanent restraining order unless Defendant produces the original promissory note unaltered and a complete and total accounting of all monies drawn on the account and deposited into the account from the time of application of the loan to the present.

(3) That this order shall not become effective unless and until plaintiff posts bond in the amount of $_____, to be approved by the court, conditioned for the payment of such damages and expenses as are incurred by any person who is found to have been wrongfully restrained;

(4) That copies of this order and of plaintiff's complaint and the supporting affidavits and summons be served upon defendant forthwith.

Issued at _____ on _____.

_____
Judge, Reggie B. Walton

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Case Number 1:08-dv-00730

Jacob-Franz: Dyck, Trustee
All-American Trust
    v.
GREAT SOUTHERN BANK
FRED MARSHALL
JOHN DOE 1-25
JANE DOE 1-25

### CERTIFICATE OF SERVICE

I, _Monte Moore_, am over the age of 18 and have served on GREAT SOUTHERN BANK a Request for Temporary Restraining Order for maintaining the status quo.

This was done on _Jessica Burden_, who is the
                      Employee's Name

_Personal Banker_, of GREAT SOUTHERN BANK.

Dated this 9th day of May, 2008 by: _Jessica Burden_
@ 12:00pm

By: _Monte Moore_
    Server
800 Lost Tree Dr.
Branson, MO. 65616
417-334-9073